JACQUELINE M. WHITING ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF NORTH BRANFORD
(10313)

NORCOTT, FOTI and LAVERY, Js.

Argued December 12, 1991—decision released January 7, 1992

*Michael R. Caporale, Jr.,* for the appellants (plaintiffs).

*John M. Gesmonde,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.